No. 02-949. ROBLES MOREJON v. GOETHALS, DIRECTOR OF COMMUNITY SUPERVISION AND CORRECTIONS, DEPARTMENT OF DALLAS COUNTY, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 02-957. WILLIAMS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02-958. UWAYDAH v. VAN WERT COUNTY HOSPITAL ET AL. C. A. 6th Cir. Certiorari denied.

No. 02-959. WATSON v. LITHONIA LIGHTING, DBA HI-TEK GROUP, ET AL. C. A. 7th Cir. Certiorari denied.

No. 02-962. MORRIS v. CRAWFORD COUNTY, ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 02-963. ALAMO TITLE INSURANCE OF TEXAS ET AL. v. LISANTI ET UX. Sup. Ct. N. M. Certiorari denied.

No. 02-967. PEREZ v. MIAMI-DADE COUNTY, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 02-969. KONOP v. HAWAIIAN AIRLINES, INC. C. A. 9th Cir. Certiorari denied.

No. 02-973. LOWERISON v. SAN DIEGO COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02-975. DRAKE v. FEDERAL AVIATION ADMINISTRATION. C. A. D. C. Cir. Certiorari denied.

No. 02-984. PATTON v. LEMOINE ET AL. C. A. 5th Cir. Certiorari denied.

No. 02-986. SMITH ET AL. v. OREGON. C. A. 9th Cir. Certiorari denied.

No. 02-998. CARMONA v. O'NEILL, SECRETARY OF THE TREASURY. C. A. D. C. Cir. Certiorari denied.

No. 02-999. POWERS ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.